No. 587. CITY OF CRYSTAL LAKE *v.* NATIONAL YEAST CORP. C. A. 7th Cir. Certiorari denied. *Homer D. Dines* for petitioner. *Walter J. Cummings, Jr.* for respondent.

No. 588. SPEARS *v.* SPEARS ET AL. C. A. 6th Cir. Certiorari denied. *I. H. Spears* for petitioner.

No. 589. NORTHERN ILLINOIS COAL CORP. *v.* MID-WEST-RADIANT CORP. C. A. 7th Cir. Certiorari denied. *David F. Root* and *Leonard Hoffman* for petitioner. *Henry Driemeyer, Frederick E. Merrills* and *Isaac C. Orr* for respondent.

No. 611. EAGLESTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George T. Davis, Sol A. Abrams* and *Anthony E. O'Brien* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Harold D. Cohen* for the United States.

No. 612. LEISHMAN *v.* RICHARDS & CONOVER Co. C. A. 10th Cir. Certiorari denied. *John Flam* for petitioner. *Foorman L. Mueller* for respondent.

No. 615. ADDA *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Hugh Satterlee, Mitchell B. Carroll* and *Rollin Browne* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Irving I. Axelrad* for respondent.